IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| EDNA MICHELLE WRIGHT,      )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    v.                       )<br>                             )<br>OFFICER TIM HICKS, in his   )<br>official capacity and       )<br>individually;  et al.,      )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>   1:12cv936-MHT<br>        (WO) |

OPINION

Plaintiff filed this lawsuit claiming that the defendant police officers arrested her without probable cause, assaulted her, subjected her to false arrest and imprisonment, and maliciously prosecuted her.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2016.

                             <u>/s/ Myron H. Thompson</u>
                             **UNITED STATES DISTRICT JUDGE**